[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 16-16300
Non-Argument Calendar

_____

D.C. Docket No. 2:15-cr-00283-LSC-HGD-9

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ROYCE THERMON JOHNSON,
a.k.a. Tossie,
a.k.a. Scoe,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Alabama

_____

(November 17, 2017)

Before WILSON, JORDAN and JULIE CARNES, Circuit Judges.

PER CURIAM:

Victor Kelley, appointed counsel for Royce Johnson in this appeal, has

moved to withdraw from further representation of the appellant and has filed a

brief pursuant to *Anders v. California*, 386 U.S. 738 (1967).  Our independent review of the record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Johnson's convictions and sentences are **AFFIRMED**.